Marlene Lacillade POWERS v. Lawrence CHOUINARD, No. 138-79

October 26, 1979. Pursuant to motion of appellant, this case is expedited to first alternate on November session calendar, and

642

shall be set for argument if an opening appears.

Daley, J.